# United States District Court
## Eastern District of Washington

Jeffree J. Allen

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

North bend/Snoqualmie police department

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section I. Do not include addresses here.)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Sep. 16, 2020**

SEAN F. McAVOY, CLERK

Case No. 1:20-CV-3150-RMP
(To be filled out by Clerk's Office only)

# COMPLAINT

Jury Demand?
☑ Yes
☐ No

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

If this is an employment discrimination claim or social security claim, please use a different form.

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

## I. PARTIES IN THIS COMPLAINT

**Plaintiff**

*List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

Plaintiff: Allen Jeffree J
Name (Last, First, MI)

1515 cherry Ave
Street Address

Yakima / WA / 98902
County, City / State / Zip Code

509-985-6332 / Jeffa4986@gmail.com
Telephone Number / E-mail Address (if available)

**Defendant(s)**

*List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: northbend/snoqualmie police
Name (Last, First)

34825 SE Douglas St
Street Address

Snoqualmie / WA / 98065
County, City / State / Zip Code

Defendant 2:
Name (Last, First)

Street Address

County, City / State / Zip Code

**Defendant(s) Continued**

Defendant 3: _____

Name (Last, First)

_____

Street Address

_____

County, City          State          Zip Code


Defendant 4: _____

Name (Last, First)

_____

Street Address

_____

County, City          State          Zip Code

## II.     BASIS FOR JURISDICTION

*Check the option that best describes the basis for jurisdiction in your case:*

☑ **U.S. Government Defendant:** United States or a federal official or agency is a defendant.

☐ **Diversity of Citizenship:** A matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000.

☐ **Federal Question:** Claim arises under the Constitution, laws, or treaties of the United States.

If you chose "Federal Question", state which of your federal constitutional or federal statutory rights have been violated.

_____

_____

_____

## III. VENUE

*This court can hear cases arising out of the Eastern District of Washington.*

*Under 28 U.S.C § 1391, this is the right court to file your lawsuit if: (1) All defendants live in this state AND at least one of the defendants lives in this district; OR (2) A substantial part of the events you are suing about happened in this district; OR (3) A substantial part of the property that you are suing about is located in this district; OR (4) You are suing the U.S. government or a federal agency or official in their official capacities and you live in this district. Explain why this district court is the proper location to file your lawsuit.*

Venue is appropriate in this Court because:

10-USC § 921-Art. 121. Larceny and Wrongfull Appropriation thave. Not Limited to 18 U.S. Code § 2261A Felony Stalking

## IV. STATEMENT OF CLAIM

Place(s) of occurrence: North Bend

Date(s) of occurrence: 9/9/2020

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions.*

**FACTS:**

[What happened to you?]

On September 9th around 10:00 pm I stopped at the burger king in northbend on my way home from seattle as pulling out a cop pulled out in front of me and got in the right lane I pulled into the ~~right~~ left lane to take a

left at the light and get back on the freeway. as the light turned green I started to turn and he switched lanes and got behind me and turned on his lights to pull me over for a tail light out then made myself and my 3 passengers exit the car at this point my anxiety is supper bad I felt sick to my stomach and like I was going to have a anxiety attack then he walked his K9 around my car as the dog kept going away from my car showing no intrest the cop said the dog alerted at my trunk he then asked to search my car as my right I said no after that he grabbed personal belongings from my car and impanded it leaving me with no drivers lisense and no car afraid and stranded some where I'm not familier with Passengers in the car were not allowed to get their belongings - purse, jackets etc.
   This incedent has caused a relapse in the progress I have made in coping with my anxiety + PTSD in my everyday life.
   I was discriminated against and profiled as guilty of something due to

Was anyone else involved?

my disabling anxiety and PTSD. I tried to explain my disability to the officer - but he would not listen

Who did what?

## V. INJURIES

*If you sustained injuries related to the events alleged above, describe them here.*

I had a severe Panic Attack. Not to mention walking in an unfamiliar place I was forced into a position of fear of Being Assulted by the officer

Also continuing to suffer from anxiety & PTSD due to this incedent causing a relapse in the progress I have made in dealing with everyday life. I have been unable to leave my home - barely able to get out of bed. Having nightmares.

## VI. RELIEF

The relief I want the court to order is:

☑ Money damages in the amount of: $ 250,000

☑ Other (explain):

Dismissal of all charge's By federal Judge Magestraite as they stole my car and are still depriving me also Milage and $100 maintenance and fuel i Paid to get Rescued and Protection from All WA. Police Due to Molicious Purcecution

## VII. CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

9-10-20
Dated

[Plaintiff's Signature]
Plaintiff's Signature

Allen Jeffrey J
Printed Name (Last, First, MI)

1515 Cherry Ave   Yakima   WA   98902
Address              City        State   Zip Code

509-985-6332
Telephone Number

Jeffa4986@gmail.com
E-mail Address (if available)

*List the same information for any additional plaintiffs named. Attach additional sheets of paper as necessary.*