FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 26, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JEFFREE J. ALLEN,<br><br>                      Plaintiff,<br>   v.<br><br>NORTHBEND SNOQUALMIE POLICE DEPARTMENT,<br><br>                      Defendant. | NO: 1:20-cv-03150-RMP<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

BEFORE THE COURT is Plaintiff's Construed Motion for Voluntary Dismissal, ECF No. 2. Having reviewed the construed motion and the record, the Court finds good cause to grant dismissal.

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Construed Motion for Voluntary Dismissal, **ECF No. 2**, is **GRANTED**.

2. Plaintiff's Complaint is dismissed without prejudice and without costs to any party.

3. All pending motions, if any, are **DENIED AS MOOT**.

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

4. All scheduled court hearings, if any, are **STRICKEN**.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, provide copies to the parties, and **close this case**.

**DATED** February 26, 2021.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Judge

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 2